■ STEWART M. SHUTE, JR., Appellant, v ROBERT McLUSKY et al., Respondents. (Appeal No. 1.) [945 NYS2d 890]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered November 4, 2011. The order settled the record for appeals from judgments entered July 14, 2010 and September 9, 2010.

It is hereby ordered that said appeal is unanimously dismissed without costs (see CPLR 5511; see also *Town of Massena v Niagara Mohawk Power Corp.*, 45 NY2d 482, 488 [1978]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.